# KROVATIN KLINGEMAN LLC

ATTORNEYS AT LAW

GERALD KROVATIN
HENRY E. KLINGEMAN*
HELEN A. NAU**
ANNA G. COMINSKY**

*ALSO ADMITTED IN HI AND PA
**ALSO ADMITTED IN NY

744 BROAD STREET
SUITE 1903
NEWARK, NEW JERSEY
07102

TEL. 973-424-9777
FAX 973-424-9779
www.krovatin.com

**DOCUMENT FILED ELECTRONICALLY**

January 21, 2011

Honorable Faith S. Hochberg
United States District Judge
United States Post Office & Courthouse
Federal Square
Newark, NJ 07101

    Re:    United States v. Roger Elkins
              Crim. No. 10-800 (FSH)

Dear Judge Hochberg:

We represent Roger Elkins in the above-captioned matter. Defendant's pretrial motions are due January 31, 2011. In an effort to continue plea negotiations, the Government has consented to a two-week adjournment of the Defendant's deadline to file pretrial motions.

We respectfully request that the Court allow Mr. Elkins to file his pretrial motions on or before February 14, 2011.

Thank you for your thoughtful consideration.

Very truly yours,

KROVATIN KLINGEMAN LLC

By: s/Anna G. Cominsky
Anna G. Cominsky, Esq.
744 Broad Street, Suite 1903
Newark, NJ 07102
973-424-9777
acominsky@krovatin.com

cc: AUSA Lee Vartan (via ECF)

SO ORDERED.

_/s/ Faith S. Hochberg_
Hon. Faith S. Hochberg, U.S.D.J.
1/31/11